United States District Court Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINA MARTINSON, <br>        Plaintiff, <br>   vs. <br> COMMISSIONER OF SOCIAL SECURITY, <br>        Defendant | **Case No.** 3:19-cv-05084 <br> ~~**PROPOSED**~~ **ORDER** |

This matter having come on regularly before the undersigned by the stipulated motion for attorney fees pursuant to the Equal Access to Justice Act, it is hereby ORDERED that:

Attorney fees of $4493.50 and expenses in the amount of $6.00 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 be awarded to Plaintiff. Subject to any offset allowed under the Treasury Offset Program, the EAJA attorney fees will be

- 1 -

~~Proposed~~ Order

Douglas Drachler McKee & Gilbrough
1904 3rd Ave. Suite 1030
Seattle, WA 98101
206-623-0900
leannem@ddmglaw.com

paid directly to the order of: Janet Leanne Martinez. Whether or not the EAJA fees and expenses are subject to any offset, payment of this award shall be made via check sent to Attorney Janet Leanne Martinez's address: Douglas Drachler McKee & Gilbrough, 1904 3rd Ave Suite 1030 Seattle, WA 98101.

Dated this 4th day of February, 2020.

*[Signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

_____

- 2

~~Proposed~~ Order

Douglas Drachler McKee & Gilbrough
1904 3rd Ave. Suite 1030
Seattle, WA 98101
206-623-0900
leannem@ddmglaw.com